UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WANDA CORBIN

VERSUS

AMEDISYS, INC. ET AL

CIVIL ACTION

NO. 10-642-BAJ-SCR

-CONSOLIDATED WITH-

PIA GALIMBA

VERSUS

AMEDISYS, INC., ET AL

CIVIL ACTION

NO. 10-732-BAJ-SCR

**ORDER**

The Court, having determined that the above-captioned cases present common questions of law and fact:

**IT IS ORDERED** that the above-captioned cases are hereby consolidated for trial purposes.

Plaintiffs, Wanda Corbin and Pia Galimba, having jointly moved for appointment of interim lead and liaison counsel, and the Court having determined that the proposed lead counsel and liaison counsel meet the requirements for appointment:

IT IS ORDERED that Stephen J. Fearon, Jr., of the law firm, Squitieri & Fearon, LLP; and Jacob A. Goldberg of the law firm, Faruqi & Faruqi, LLP, are hereby appointed Interim Co-Lead Counsel in these consolidated ERISA cases.[1]

IT IS FURTHER ORDERED that Philip Bohrer of the Bohrer Law Firm, LLC, is appointed Interim Liaison Counsel for plaintiffs in the consolidated ERISA cases.

IT IS FURTHER ORDERED that no later than 45 days from the issuance of this order, plaintiffs may file a consolidated complaint in these matters.

IT IS FURTHER ORDERED that defendants shall have 45 days from the filing of the consolidated complaint to answer or otherwise respond to the complaint.

Baton Rouge, Louisiana, December 10, 2010.

                                                _____
                                                JUDGE BRIAN A. JACKSON
                                                **UNITED STATES DISTRICT COURT**
                                                **MIDDLE DISTRICT OF LOUISIANA**

---

[1] Pursuant to Uniform Local Rule 83.2, only qualified *attorneys* are eligible for such appointment.