UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT F. BACH, ET AL

VERSUS

AMEDISYS, INC., ET AL

CIVIL ACTION

NO. 10-395-BAJ-SCR

**This conference applies only to:**

NO. 10-642-BAJ-SCR
NO. 10-732-BAJ-SCR

## NOTICE TO COUNSEL

Please take notice that a **status conference** has been set for **Friday, May 4, 2012 at 9:30 a.m. (Central Time)** before U. S. Magistrate Judge Stephen C. Riedlinger in Suite 260, Russell B. Long Federal Bldg. & Courthouse, 777 Florida Street, Baton Rouge, Louisiana.

Out of town counsel may participate by phone.

The purpose of the conference is to discuss the status of the case and whether a scheduling order should be issued.

Baton Rouge, Louisiana, April 25, 2012.

_____
Bridget Wolfe
Courtroom Deputy